UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  14-15748-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

EDDIE LEE JONES
XXX-XX-9136

<u>DEBTOR                                  </u>/

**TRUSTEE'S MOTION TO COMPEL PROPER ADDRESS
AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing.

The Trustee respectfully moves this Court for an Order Compelling Debtor to provide proper Address for Creditor and states as follows:

1. The Debtor filed a voluntary petition on **March 12, 2014**.

2. The Debtor's scheduled Creditor's Address or Proof of Claim is **JP MORGAN CHASE BANK, PO BOX 260180, BATON ROUGE, LA  70826**.

3. The Debtor included Payments to Creditor in the Confirmed Chapter 13 Plan.

4. The Trustee disbursed payments to Creditor pursuant to the Confirmed Chapter 13 Plan, which was returned to the Trustee.

5. Immediately thereafter, the Trustee requested, by letter, Debtor's Attorney provide a proper address for Creditor.

6. To date, Debtor's Attorney failed to respond to and comply with the Trustee's request for proper address.

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order Compelling Debtor to provide proper Address for Creditor by a date certain, and for such other and further relief as the Court deems just and proper.

TRUSTEE'S MOTION TO COMPEL PROPER ADDRESS
CASE NO.:  14-15748-BKC-PGH

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 19th day of February, 2015.

                                                                     */s/ Robin R. Weiner*
                                                                     ROBIN R. WEINER, ESQUIRE
                                                                     STANDING CHAPTER 13 TRUSTEE
                                                                     P.O. BOX 559007
                                                                     FORT LAUDERDALE, FL 33355-9007
                                                                     TELEPHONE: 954-382-2001
                                                                     FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
EDDIE LEE JONES
5422 MARCIA PLACE
WEST PALM BEACH, FL  33407

**ATTORNEY FOR DEBTOR**
DANIEL R. BRINLEY, ESQUIRE
1402 ROYAL PALM BEACH BOULEVARD
BUILDING 700
ROYAL PALM BEACH, FL  33411

**CREDITOR**
JP MORGAN CHASE BANK
PO BOX 260180
BATON ROUGE, LA  70826