UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No: 14-15748-PGH
                                                                Chapter 13
EDDIE LEE JONES,

                Debtor
_____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

COMES NOW, the Debtor, EDDIE LEE JONES, by and through his undersigned attorney and files this, his Motion to Modify Confirmed Chapter 13 plan and, in support thereof, states:

1. The Debtor filed his Chapter 13 Petition on March 12, 2014.

2. On August 27, 2014, the debtor's Second Amended Chapter 13 Plan [DE 34] was confirmed by Order of this Court [DE 39].

3. The plan in indicates that the secured creditor is JP Morgan Chase Bank, NA.

4. The plan should indicate that the secured lender is BSI Financial Services, Inc.

5. The debtor requests that he be permitted to modify his plan so that the secured lender can be corrected to indicate same.

6. The debtor requests that he be permitted to modify his plan in the form of the proposed modified plan that is attached to this motion as Exhibit "A"

WHEREFORE, the Debtor, EDDIE LEE JONES, requests that this Honorable Court enter an Order granting his Motion to Modify Confirmed Chapter 13 plan and for any and all other such relief as this court deems just or proper.

## ATTORNEY CERTIFICATION

**I FURTHER CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished to all parties on the attached creditor matrix this 7th day of April, 2015 via first class US Mail or via ECF electronic noticing to all parties or creditors registered to receive service electronically.

Daniel R. Brinley, Esquire  
1402 Royal Palm Beach Boulevard  
Building 700  
Royal Palm Beach, FL 33414  
(561) 515-0030 Phone  
(888) 734-0530 Fax  

/s/Daniel R. Brinley  
Daniel R. Brinley, Esquire  
FL Bar No: 948550  
Daniel@brinleylaw.com

# Mailing Information for Case 14-15748-PGH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Daniel R. Brinley     daniel@brinleylaw.com, brinleylawecf@gmail.com
- Christopher A Ewbank    chris.ewbank@gmail.com
- Annessa S Kalloo    bkfl@albertellilaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> AT&T
> GE Capital Retail Bank
> c/o Recovery Management Systems Corp
> 25 SE 2 Ave #1120
> Miami, FL 33131